IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LYDIA LYNN DONEY,<br><br>Defendant. | Case No. CR-20-104-BLG-SPW-02<br><br>**ORDER GRANTING MOTION TO FILE MOTION FOR PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION AND REPORT UNDER SEAL** |

Upon Defendant's Motion to File Motion for Psychiatric or Psychological Evaluation and Report Under Seal (Doc. 68), and good cause appearing:

IT IS HEREBY ORDERED that Defendant Lydia Lynn Doney's Motion to File Motion for Psychiatric or Psychological Evaluation and Report Under Seal (Doc. 68) is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of Court file Defendant's Motion for Psychiatric or Psychological Evaluation (Doc. 67) under seal.

DATED this 22nd day of October 2021.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE